# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF GEORGIA
# SAVANNAH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | |
| ) | CASE NO. 4:14-CR-381 |
| TERENCE COSBY ) | |

## ORDER ON MOTION FOR LEAVE OF ABSENCE

Before the Court, is defense counsel's Motion for Leave of Absence for the dates of March 13th thru March 21st, 2020 and March 31st, 2020. Good cause having been shown, the Motion is hereby granted.

SO ORDERED this 7th day of February 2020.

Christopher L. Ray
United States Magistrate Judge
Southern District of Georgia
Savannah Division